UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

ALEJANDRO CAMPOS,

    Plaintiff,

v.                         Civ. No. 17-1070 GJF

NANCY BERRYHILL, *Acting Commissioner of the Social Security Administration*,

    Defendant.

### ORDER EXTENDING TIME TO FILE REPLY

THIS MATTER is before the Court on Plaintiff's "Unopposed Motion for Extension of Time" ("Motion") [ECF No. 18]. Having reviewed the record, noting the concurrence of the parties, and being otherwise fully advised, the Court FINDS the Motion to be well-taken and will GRANT it.

**IT IS THEREFORE ORDERED** that Plaintiff shall file his Reply and a Notice of Completion of Briefing no later than **July 13, 2018**.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE
**Presiding by Consent**